UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

LEONARDO ESQUIVEL,

    Plaintiff,

v.                                                                         CASE NO. 2:09-cv-252-FtM-36SPC

LEE MEMORIAL HEALTH CENTERS,

    Defendant.
_____/

**ORDER**

This cause comes before the Court upon the Report and Recommendation of Magistrate Judge Sheri Polster Chappell (Doc. 18) filed on July 2, 2010. In Judge Chappell's Report and Recommendation, she recommends that, due to Plaintiff's failure to file a Third Amended Complaint, the case should be dismissed for failure to prosecute. Plaintiff has not filed an objection to the Report and Recommendation, and the time for doing so has expired.

Plaintiff filed his initial Complaint on April 24, 2009 (Doc. 1), and an Amended Complaint on April 27, 2009 (Doc. 4). On May 8, 2009, the Court denied Plaintiff's initial Motion to Proceed In Forma Pauperis (Doc. 2) based on Plaintiff's failure to state a claim in his Amended Complaint. In its May 8, 2009 Order, (Doc. 10), the Court directed Plaintiff to file a Second Amended Complaint on or before May 28, 2009, but Plaintiff failed to do so. On June 1, 2009, Judge Richard A. Lazzara issued an order dismissing the case without prejudice based upon Plaintiff's failure to follow the Court's directive by filing a Second Amended Complaint (Doc. 12). Upon Plaintiff's Motion for Reconsideration, Judge Lazzara reopened the case and allowed Plaintiff to file a Second Amended Complaint (Doc. 14, 16).

On March 2, 2010, Plaintiff's Second Motion to Proceed In Forma Pauperis (Doc. 11) was denied (Doc. 17), and Plaintiff was granted up to and including March 22, 2010 to file a Third Amended Complaint. Plaintiff has failed to file a Third Amended Complaint.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is now **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation of the Magistrate Judge (Doc.18) is **ADOPTED, CONFIRMED and APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2. This action is **DISMISSED,** without prejudice, for Plaintiff's failure to prosecute. The Clerk is directed to terminate all pending motions, enter judgment accordingly and close the file.

**DONE AND ORDERED** at Ft. Myers, Florida, on July 20, 2010.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Magistrate Judge Sheri Polster Chappell
Leonardo Esquivel